COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE

Appellate case name:    Kristofer Thomas Kastner v. Harris County

Appellate case number:  01-12-00504-CV

Trial court case number:  2008-45366

Trial court:            189th District Court of Harris County

On May 21, 2012, appellant Kristofer Thomas Kastner filed a notice of appeal from the trial court's April 19, 2012 order denying his motion to recuse the trial court judge. On June 21, 2012, appellant filed a notice of appeal from the trial court's June 1, 2012 order sustaining a contest to appellant's affidavit of indigence for appellate costs. On July 25, 2012, the trial court signed a final judgment dismissing the case.

Appellee, Harris County, has notified the Court that appellant, who has been declared a vexatious litigant, filed his notices of appeal in violation of the pre-filing order issued in *Kastner v. Sanders*, No. 2011-54173 (133rd District Court, Harris County, Tex., Apr. 30, 2012).

The clerk of the court may not file an appeal presented by a vexatious litigant subject to a pre-filing order unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order designating the person a vexatious litigant. TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a) & (d) (West Supp. 2012). This is not an appeal from a pre-filing order.

Appellee's motion to stay the appeal is **granted**. *See id.* § 11.103(b) (providing that, on filing of notice that appeal is in violation of pre-filing order, "the court shall immediately stay the litigation").

This Court will consider dismissal of this appeal unless appellant, **within 10 days of the date of this order**, files proof that he has obtained an order from the local administrative judge permitting the filing of this appeal. *See id.* § 11.103(a), (b).

Clerk's signature: _____

Date:  February 5, 2013